(3) he possessed the requisite mental competency to stand trial; (4) he was not subjected to an illegal arrest, search or seizure; and (5) the claim of an illegal lineup is without substance.

Affirmed.

Upon consideration of the briefs and arguments of counsel, it is ordered that the Judgment of the District Court be and it is hereby affirmed for the reasons set forth in the opinion of District Judge Allen. 369 F.Supp. 1283 (1974).

---

**BROWN & WILLIAMSON TOBACCO CORP., Plaintiff-Appellee,**

v.

**UNITED STATES of America, Defendant-Appellant.**

No. 73-1674.

United States Court of Appeals, Sixth Circuit.

Argued Feb. 7, 1974.

Decided Feb. 28, 1974.

Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks, Jonathan S. Cohen, Ann Belanger, Attys., Tax Div., Dept. of Justice, Washington, D. C., on brief, for defendant-appellant; George J. Long, U. S. Atty., William F. Trusty, Asst. U. S. Atty., of counsel.

Robert L. Maddox, Jon L. Fleischaker, Wyatt, Grafton & Sloss, Louisville, Ky., David A. Schechter, Louisville, Ky., on brief, for Brown & Williamson Tobacco Corp.

Before CELEBREZZE and ENGEL, Circuit Judges, and ROSENSTEIN, Senior Customs Judge.*

PER CURIAM.

This is an appeal from a judgment entered on March 30, 1973, in which the Appellee was awarded a refund of federal income taxes.

---

**UNITED STATES of America, Appellee,**

v.

**Donald Ratliff CADY, Appellant.**

No. 73-1345.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 12, 1974.

Decided March 1, 1974.

Allen L. Donielson, U. S. Atty., Des Moines, Iowa, for appellee.

Before MEHAFFY, Chief Judge, and GIBSON and WEBSTER, Circuit Judges.

ORDER DISMISSING APPEAL

Appellant Donald Ratliff Cady entered a plea of guilty to an information charging him with violation of 18 U.S.C. § 3 as an accessory after the fact to the crime of aggravated bank robbery (18 U.S.C. § 2113(d)). He was sentenced to ten years imprisonment. After filing a timely notice of appeal, appellant failed to file a brief or otherwise assert any claim of error in the proceedings below. A careful review of the record reveals no prejudicial error. This court has previously extended the time for the filing of briefs and has notified appellant

---

* Senior Judge Samuel M. Rosenstein, United States Customs Court, sitting by designation.